# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANITA MALDONADO, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>　　Defendant. | Case No.: 22-cv-873<br><br>**Removal from the Circuit Court of Cook County, Illinois**<br>**Case. No. 2021CH03756** |

## FIRSTSOURCE ADVANTAGE, LLC'S NOTICE OF REMOVAL

Defendant Firstsource Advantage, LLC ("Defendant") hereby removes the action described below from the Circuit Court of Cook County, Illinois, Chancery Division (the "State Court"), pursuant to Sections 1331, 1441(c), and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

**I.　THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331 AND 1441**

　　1.　On or about August 2, 2021, plaintiff Anita Maldonado ("Plaintiff") filed a putative class action Complaint in the State Court, entitled *Anita Maldonado, et al. v. Firstsource Advantage, LLC*, Case No. 2021CH03756. (*See* Summons

and Complaint, attached as **Exhibit A**.)

2. Plaintiff alleges, among other things, that Defendant mailed a letter to Plaintiff in an attempt to collect a debt owed by Plaintiff, and that said letter was enclosed in an envelope that contained "a string of numbers and a barcode next to Plaintiff's address, a string of letters and numbers above the return address, and a barcode printed on the back of the envelope." (Compl. ¶ 25.) Plaintiff alleges that these inclusions on the mailing envelope violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.* (*Id.* at ¶¶ 26–30.) These allegations are asserted on behalf of both Plaintiff and a putative "Class" identified as follows:

> (1) all persons similarly situated in the State of Illinois (2) from whom Defendant attempted to collect a Capital One Bank USA, N.A. account (3) using a letter sent in an envelope materially identical to that attached as Exhibit B to Plaintiff's Complaint (4) in which bar codes, numbers, and characters are visible on the envelope (5) sent one year prior to the filing of this Class Action Complaint to the filing of this Class Action Complaint.

(*Id.* at ¶ 44.)

3. Because this action arises under federal law (the FDCPA), which can be ascertained from the face of Plaintiff's Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

4. On or about August 2, 2021, Plaintiff filed this action in the State Court. Defendant was served with the Complaint on January 21, 2022. (*See* Service of Process Transmittal, **Ex. A**.) This Notice of Removal is timely because it was filed

within 30 days after Defendant was served with a copy of the initial pleading and less than a year after the commencement of the action. *See* 28 U.S.C. § 1446(b).

5. The State Court is located within the United States District Court for the Northern District of Illinois. *See* 28 U.S.C. § 93(a)(1). Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(a), the documents attached as **Exhibit A** constitute copies "of all process, pleadings, and orders" received by Defendant. Defendant has not answered or otherwise responded to the Complaint.

7. In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the State Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

8. No previous application has been made for the relief requested herein.

WHEREFORE, Defendant respectfully removes this action from the State Court to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated: February 17, 2022     By:   */s/ Matthew D. Kelly*
                                    Matthew D. Kelly
                                    SEGAL MCCAMBRIDGE
                                      SINGER & MAHONEY, LTD.
                                    233 S. Wacker Drive, Suite 5500
                                    Chicago, IL 60606
                                    mkelly@smsm.com
                                    (312) 645-7800
                                    *Attorney for Firstsource Advantage, LLC*

## C ERTIFICATE O F S ERVICE

I certify that on **February 17, 2022**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and served the foregoing Notice of Removal upon the counsel of record listed below, via regular U.S. Mail, proper postage pre-paid, from the offices of Segal McCambridge Singer & Mahoney, Ltd., Willis Tower, Suite 5500, 233 S. Wacker Drive, Chicago, IL 60606:

Celetha Chatman
Community Lawyers LLC
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
cchatman@communitylawyersgroup.com
*Plaintiff's Counsel*

By: */s/Matthew D. Kelly*
Matthew D. Kelly